FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2026 OCT 09 PM03 01
CAROL L. MICHEL, CLERK

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**FELONY**

**INDICTMENT FOR SMUGGLING GOODS FROM THE UNITED STATES**
**<u>AND VIOLATIONS OF THE FEDERAL GUN CONTROL ACT</u>**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO.** 26-235 |
| | * | |
| **v.** | | **SECTION:** SECT.N MAG.2 |
| | * | |
| **KENDRICK BENNETT** | | **VIOLATIONS:** 18 U.S.C. § 554(a)<br>18 U.S.C. § 922(a)(6)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(h) |
| | * | |
| | * | |

* * *

The Grand Jury charges that:

**<u>COUNT 1</u>**
**(False statement in connection with the purchase of a firearm)**

On or about October 21, 2025, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed Firearms Dealer, Academy Sports #55, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form

___ Fee ___
___ Process ___
X Dktd ___
___ CtRmDep ___
___ Doc.No. ___

4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 2**
**(Receipt of a firearm in connection with a felony)**

On or about October 21, 2025, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive firearms, to wit: a Glock, model 19x, 9mm pistol, bearing serial number CFSR282, and a Glock, model 19x, 9mm pistol, bearing serial number CFSR281; knowing and having reasonable cause to believe that such firearms would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**COUNT 3**
**(False statement in connection with the purchase of a firearm)**

On or about November 19, 2025, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed Firearms Dealer, Gretna Gun Works, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 4**
**(Receipt of a firearm in connection with a felony)**

On or November 19, 2025, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive firearms, to wit: Radikal Arms, model MKX-3, 12-gauge shotgun bearing serial number 25CMS-3772 and a Bora Arms, model BR-99-X, 12-gauge shotgun bearing serial number 25BLP-3665; knowing and having reasonable cause to believe that such firearms would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**COUNT 5**
**(False statement in connection with the purchase of a firearm)**

On or about November 19, 2025, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed Firearms Dealer, Westbank Guns, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 6**
**(Receipt of a firearm in connection with a felony)**

On or about November 19, 2025, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive firearms, to wit: a Beretta, model 92XI, 9mm

pistol, bearing serial number 92X0090856; a Palmetto State Armory, model PA-15, multi-caliber firearm, bearing serial number DCSF951503; and a Palmetto State Armory, model PA-15, multi-caliber firearm, bearing serial number, SCNL022792; knowing and having reasonable cause to believe that such firearms would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**COUNT 7**
**(Smuggling goods from the United States)**

On or about November 19, 2025, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did fraudulently and knowingly export and send from the United States to Honduras, merchandise, articles, and objects, to wit: firearms, including a Glock, model 19X, 9mm pistol, bearing serial number CFSR282; a Glock, model 19X, 9mm pistol, bearing serial number CFSR281; Radikal Arms, model MKX-3, 12-gauge shotgun bearing serial number 25CMS-3772; Bora Arms, model BR-99-X, 12-gauge shotgun bearing serial number 25BLP-3665; Beretta, model 92XI, 9mm pistol, bearing serial number 92X0090856; Palmetto State Armory, model PA-15, multi-caliber firearm, bearing serial number DCSF951503; Palmetto State Armory, model PA-15, multi-caliber firearm, bearing serial number, SCNL022792; ammunition, firearms magazines, and assorted firearm accessories, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730- 774, in violation of Title 18, United States Code, Sections 554(a).

**COUNT 8**
**(False statement in connection with the purchase of a firearm)**

On or about March 11, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed Firearms Dealer, Westbank Guns, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 9**
**(Receipt of a firearm in connection with a felony)**

On or about March 11, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive a firearm, to wit: a Sig Sauer, model P365, 9mm pistol, bearing serial number 66G538352; knowing and having reasonable cause to believe that such firearm would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**COUNT 10**
**(False statement in connection with the purchase of a firearm)**

On or about March 11, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a

false and fictitious statement to the licensed Firearms Dealer, Gretna Gun Works, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**<u>COUNT 11</u>**
**(Receipt of a firearm in connection with a felony)**

On or about March 11, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive a firearm, to wit: a Glock, model 19X, 9mm pistol, bearing serial number CHED034; knowing and having reasonable cause to believe that such firearm would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**<u>COUNT 12</u>**
**(False statement in connection with the purchase of a firearm)**

On or about April 6, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed Firearms Dealer, Academy Sports #61, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm

Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 13**
**(Receipt of a firearm in connection with a felony)**

On or about April 6, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive a firearm, to wit: a Glock, model 19XV, 9mm pistol, bearing serial number ALVM325; knowing and having reasonable cause to believe that such firearm would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**COUNT 14**
**(False statement in connection with the purchase of a firearm)**

On or about April 7, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed Firearms Dealer, Westbank Guns, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 15**
**(Receipt of a firearm in connection with a felony)**

On or about April 7, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive a firearm, to wit: a Glock, model 19XV, 9mm pistol, bearing serial number ALUN181; knowing and having reasonable cause to believe that such firearm would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**COUNT 16**
**(False statement in connection with the purchase of a firearm)**

On or about April 7, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, in connection with the acquisition of a firearm from a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious statement to the licensed Firearms Dealer, Gretna Gun Works, which statement was intended and likely to deceive the dealer as to a fact material to the lawfulness of such transfer of said firearm to the Defendant under Chapter 44 of Title 18, in that the Defendant executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was the actual transferee/buyer of the firearm, whereas in truth and fact, he knew he was buying the firearm on behalf of another person, in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**COUNT 17**
**(Receipt of a firearm in connection with a felony)**

On or about April 7, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did knowingly receive a firearm, to wit: a Glock, model 19 GEN 6, 9mm pistol, bearing serial number CHKH901; knowing and having reasonable cause to believe that such

firearms would be used to commit a felony, to wit: Smuggling Goods from the United States, in violation of Title 18, United States Code, Section 554(a), in violation of Title 18, United States Code, Section 924(h).

**COUNT 18**
**(Smuggling goods from the United States)**

On or about April 7, 2026, in the Eastern District of Louisiana, the defendant, **KENDRICK BENNETT**, did fraudulently and knowingly export and send from the United States to Honduras, merchandise, articles, and objects, to wit: firearms, including, a Sig Sauer, model P365, 9mm pistol, bearing serial number 66G53835; a Glock, model 19XV, 9mm pistol, bearing serial number CHED034; a Glock, model 19X, 9mm pistol, bearing serial number ALVM325; a Glock, model 19XV, 9mm pistol, bearing serial number ALUN181; a Glock, model 19 GEN 6, 9mm pistol, bearing serial number CHKH901; ammunition, firearms magazines, and assorted firearm accessories, without a license or written approval from the United States Department of Commerce, as required by Title 50, United States Code, Sections 4819 and Title 15, Code of Federal Regulations, Sections 730- 774, in violation of Title 18, United States Code, Sections 554(a).

**NOTICE OF FORFEITURE**

1. The allegations of Count 1 through 18 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2. As a result of the offenses alleged in Counts 7 and 18, the defendant, **KENDRICK BENNETT**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to said offenses.

3. As a result of the offenses alleged in Counts 1 through 6 and 8 through 17, the defendant, **KENDRICK BENNETT**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

Glock, model 19X, 9mm pistol, bearing serial number CFSR282;

Glock, model 19X, 9mm pistol, bearing serial number CFSR281;

Radikal Arms, model MKX-3, 12-gauge shotgun bearing serial number 25CMS-3772;

Bora Arms, model BR-99-X, 12-gauge shotgun bearing serial number 25BLP-3665;

Beretta, model 92XI, 9mm pistol, bearing serial number 92X0090856;

Palmetto State Armory, model PA-15, multi caliber firearm, bearing serial number DCSF951503;

Palmetto State Armory, model PA-15, multi caliber firearm, bearing serial number, SCNL022792;

Sig Sauer, model P365, 9mm pistol, bearing serial number 66G53835;

Glock, model 19XV, 9mm pistol, bearing serial number CHED034;

Glock, model 19XV, 9mm pistol, bearing serial number ALVM325;

Glock, model 19XV, 9mm pistol, bearing serial number ALUN181;

Glock, model 19 GEN 6, 9mm pistol, bearing serial number CHKH901; and

Live rounds of ammunition.

4. If any of the above-described property, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

A TRUE BILL:

[redacted]

DAVID I. COURCELLE
UNITED STATES ATTORNEY

SARAH DAWKINS
Assistant United States Attorney
Louisiana Bar Roll No. 34509

New Orleans, Louisiana
October 9, 2026

FORM OBD-34

*No.*____________________

**UNITED STATES DISTRICT COURT**

Eastern *District of* Louisiana

Criminal *Division*

**THE UNITED STATES OF AMERICA**

**vs.**

**KENDRICK BENNET**

# INDICTMENT

**INDICTMENT FOR SMUGGLING GOODS FROM THE UNITED STATES AND VIOLATIONS OF THE FEDERAL GUN CONTROL ACT**

**VIOLATION:** **18 U.S.C. § 554(a)**
**18 U.S.C. § 924(h)**
**18 U.S.C. § 922(a)(6)**
**18 U.S.C. § 924(a)(2)**

[redacted]

*Filed in open court this* __________________ *day of* ________ *A.D.* *2026.*

______________________________
*Clerk*

*Bail, $* ____________________________

**Sarah Dawkins**
**Assistant United States Attorney**